RECEIVED
BY MAIL
FEB 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District MINNESOTA, 8TH CIRCUIT | |
|---|---|---|
| Name of Movant GARY DUANE SCHULTZ | Prisoner No. 10535-041 | Case No. 02-187 (DSD) |

Place of Confinement CV05-348 DSD

FEDERAL PRISON CAMP P.O. BOX 1000 DULUTH, MINNESOTA 55814

UNITED STATES OF AMERICA V. GARY DUANE SCHULTZ
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
U.S. DISTRICT COURT OF MINNESOTA MINNEAPOLIS, MN 8TH CIRCUIT

2. Date of judgment of conviction OCTOBER 11, 2002

3. Length of sentence 63 MONTHS

4. Nature of offense involved (all counts)
18 USC § 1341 MAIL FRAUD
18 USC § 1957 ENGAGING IN A MONETARY TRANSACTION IN CRIMINALLY DERIVED PROPERTY

5. What was your plea? (Check one)
(a) Not guilty ☐
(b) Guilty [XX]
(c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

PLEADED GUILTY TO 1 COUNT MAIL FRAUD AND 1 COUNT ENGAGING IN A MONETARY TRANSACTION IN CRIMINALLY DERIVED PROPERTY. AT THE TIME OF SENTENCING, JUDGE DOTY ADDED A 4-POINT ENHANCEMENT FOR AFFECTING A FINANCIAL INSTITUTION (§2F1.1(b)(8)(B) INTRODUCED BY THE PRESENTENCE INVESTIGATION REPORT. I WAS NOT ASKED TO PLEAD GUILTY OR NOT GUILTY TO THE ENHANCEMENT, WHICH WAS ADDED OVER MY OBJECTION. I THEREFORE HAD NO TIME TO PREPARE A DEFENSE OR EVEN UNDERSTAND THE STATUTE UPON WHICH IT WAS BASED.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury ☐ NONE
(b) Judge only ☐

7. Did you testify at the trial?
Yes ☐ No ☐ THERE WAS NO TRIAL

8. Did you appeal from the judgment of conviction?
Yes [X] No ☐

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL

9. If you did appeal, answer the following:

(a) Name of court U.S. DISTRICT COURT OF APPEALS FOR THE 8TH CIRCUIT

(b) Result JUDGEMENT AFFIRMED

(c) Date of result MAY 23, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes [XX] No [ ]

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court U.S. DISTRICT COURT OF APPEALS FOR THE 8TH CIRCUIT

(2) Nature of proceeding
PERSONAL LETTER REQUESTING A REHEARING

(3) Grounds raised
A. ENHANCED 4 POINTS OVER, ABOVE, AND OUTSIDE THE PLEA AGREEMENT.
B. MY ATTORNEY DID ALMOST NO WORK ON MY APPEAL BEFORE SUBMITTING IT. HE DID NOT TALK TO ME ABOUT THE APPEAL, AND I DIDN'T SEE A COPY OF IT UNTIL A MONTH AFTER HE SUBMITTED IT.
C. THE POINTS BY THE APPEAL JUDGES WERE IN ERROR DUE TO LACK OF INFORMATION PRESENTED IN THE APPEAL. I FORWARDED SOME OF THIS INFORMATION IN THE LETTER, BUT EVIDENTLY A REHEARING WAS NOT GRANTED.
D. AFTER SUBMITTING MY APPEAL IN NOV., 2002, MY LAWYER QUIT MY CASE. I REQUESTED THE APPOINTMENT OF A REPLACEMENT, BUT MY REQUEST WAS DENIED BY JUDGE DOTY OF THE U.S. DISTRICT COURT IN MINNEAPOLIS, MN.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes [ ] No [X]

(5) Result NO RESPONSE TO REQUEST FOR REHEARING.

(6) Date of result NONE

(b) As to any second petition, application or motion give the same information:

(1) Name of court NONE FILED

(2) Name of proceeding

(3) Grounds raised

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☒ No ☐

(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I HAVE NO LEGAL COUNSEL, AND HAVE NO PERSONAL TRAINING OR KNOWLEDGE OF HOW TO CONTINUE PERSUING THIS MATTER ON MY OWN. MY REQUEST TO THE HONORABLE JUDGE DAVID S. DOTY, U.S. DISTRICT JUDGE FOR THE DISTRICT OF MINNESOTA FOR THE APPOINTMENT OF LEGAL REPRESENTATION WAS DENIED FOR REASONS I DON'T UNDERSTAND.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: SENTENCE ENHANCED 4 POINTS OVER, ABOVE, AND OUTSIDE THE PLEA AGREEMENT. SEE [BLAKELY v. WASHINGTON, 124 S.Ct. 2531(2004)] [U.S. v. BOOKER, NO. 03-4225 (2004)] [APPRENDI v. NEW JERSEY, 530 U.S.466 (2000)]

Supporting FACTS (state *briefly* without citing cases or law):

THIS FOUR POINT ENHANCEMENT WAS NOT MENTIONED OR AGREED TO IN MY PLEA AGREEMENT. THE BLAKELY DECISION SPECIFICALLY STRIKES DOWN SENTENCES WHICH RESULTED FROM UNCHARGED FACTS EXTRACTED FROM A REPORT COMPILED BY A PROBATION OFFICER WHO THE JUDGE THINKS MORE LIKELY GOT IT RIGHT THAN GOT IT WRONG. (BLAKELY, 124 S.Ct AT 2542) THAT IS EXACTLY THE WAY MY SENTENCE WAS DETERMINED.

B. Ground two: THE APPEALS COURT LACKED INFORMATION TO ADEQUATELY REVIEW THE VALIDITY.

Supporting FACTS (state *briefly* without citing cases or law):

FOLLOWING IS A PARTIAL LIST:

1. THE APPEALS COURT THOUGHT THAT LAWSUITS WERE CONTINUING, WHEN IN FACT ALL SUITS HAD BEEN COMPLETED WITH NO AWARDS BEING MADE.
2. DUE TO LACK OF INFORMATION, THE APPEALS COURT SIGHTED CASES WHICH WHEN REVIEWED DO NOT APPLY (SEE ATTACHED PARTIAL EXPLANATIONS)

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

In the Applete Courts de novo review, three case laws were listed. I shall address each case in turn. As closer review clearly shows, they do not apply to this case.

1. (a) United States v Johnson 130 F.3d 1352, 1355 (9th Cir 1997) In this case, Johnson was employed by the Bank. Johnson took the funds from the Bank, rendered the Banks records to be false, and affected their reputation due to the fact that Johnson was employed by the Bank.

   (b) In the Schultz case, none of the above factors were present. Funds only flowed thru the bank in normal course of business. MR. SCHULTZ WAS NOT EMPLOYED BY THE BANK. HIS MAIN AFFILATION WITH THE BANK WAS THE ACCOUNT HE MAINTAINED THERE.

2. United States v Collins 104 F.3d 143,144 (8th Cir. 1997)

   (a) Collins was in the business of receiving and selling stolen goods in and thru accomplices.

   (1) Mr. Schultz had no accomplices and was not in the business of selling stolen property. This was a straight embezzelment case. Mr. Schultz's livelyhood was obtained thru legal employment.

   (b) Mr. Collins upward departure was based on his past criminal conduct, and the likelyhood to commit other crimes as he had done in the past.

   (2) Mr. Schultz has no past criminal record. He in fact held fudiciary responsibility in local government, his church, and numerous club's and community development committee's. All records checked were found to be true and correct. Mr. Schultz presented the court with over 100 letters of support from members of his community. This shows overwhelming support from a community of just over 1000 residents. Mr. Schultz's departure from legal activity was an isolated instance that will never be repeated.

3. U.S. v Schinnell 80 F.3d 1064, 1069-1070 (5th Cir 1996)

   (a) Schinnell was convicted of wire fraud by bank customer's employee who drew funds from customer's bank accounts by forged signatures, and fraudulent endorsements. (As stated on page 1070, (8) second paragraph - Evidence of Schinnell's fraud involving forged signatures, and fraudulent endorsements directed harm at the bank) The bank did not recognize forged signatures and therefore was potentially liable for reimbursement.

   (1) In Mr. Schultz's case, there were no fraudulent signatures or endorsements. All check's had proper signatures and flowed thru the bank in normal course of business. Any claim against the bank was unsubstantiated and obviously frivilous.

In each of the above case laws, the deciding factors in the upward 4-level enhancment were not present in Mr. Schultz's case. Therefore they do not apply.

AO 243 (Rev. 2/95)

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

I HAVE BEEN WAITING FOR THE SUPREME COURTS RULING ON BLAKELY V. WASHINGTON,U.S. V. BOOKER,

I HAVE NO LEGAL COUNSEL TO ASSIST ME, AND ONLY KNOW WHAT I HAVE READ.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☒ XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

ANDREW LUGER OF GREENE ESPEL 200 SOUTH 6TH ST. MINNEAPOLIS, MN 55402-1415

(b) At arraignment and plea

ANDREW LUGER OF GREENE ESPEL 200 SOUTH 6TH ST. MINNEAPOLIS, MN 55402-1415

(c) At trial

THERE WAS NO TRIAL

(d) At sentencing

ANDREW LUGER OF GREENE ESPEL 200 SOUTH 6TH ST. MINNEAPOLIS, MN 55402-1415

AO 243 (Rev. 2/95)

(e) On appeal FOR ORIGINAL SUBMISSION ONLY. ANDREW LUGER OF GREENE ESPEL 200 SOUTH 6TH ST. MINNEAPOLIS, MN 55402-1415

(f) In any post-conviction proceeding NONE

(g) On appeal from any adverse ruling in a post-conviction proceeding NONE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: NONE

(b) Give date and length of the above sentence: NONE

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

02-15-05
Date

Gary D. Schultz
Signature of Movant