AO 240 (Rev. 10/03) DC MODIFIED

# UNITED STATES DISTRICT COURT

Clear Form

## District of Minnesota

Plaintiff
UNITED STATES

V.

Defendant
GARY DUANE SCHULTZ

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:
02-3629

I, ______ declare that I am the (check appropriate box)

[XX] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes [ ] No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration FEDERAL PRISON CAMP DULUTH, MN 55814

   Are you employed at the institution? YES Do you receive any payment from the institution? YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [X] Yes [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      APPROX $56.00 PER MONTH
      LESS $25.00 FRP PAYMENTS PER MONTH
      $31.00 TAKE HOME PAY

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [X] No
   b. Rent payments, interest or dividends [ ] Yes [X] No
   c. Pensions, annuities or life insurance payments [ ] Yes [X] No
   d. Disability or workers compensation payments [ ] Yes [X] No
   e. Gifts or inheritances GIFTS FROM FRIENDS [X] Yes [ ] No
   f. Any other sources [ ] Yes [X] No

   If the answer to any of the above is "Yes," describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive. GIFTS FROM FRIENDS, DON'T EXPECT MORE

4. Do you have **any** cash or checking or savings accounts? [ ] Yes [X] No

   If "Yes," state the total amount(s). ______

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

BARBARA A. SCHULTZ - SPOUSE

DREW C. SCHULTZ - SON

No contributions at this time

7. Additional information (include source descriptions from item 3):

I, GARY DUANE SCHULTZ declare, under penalty of perjury, that the above information is true and correct.

Date 2-1-05 Signature of Applicant Gary D. Schultz

## CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I, Anita Nartnik, certify that the applicant named herein has the sum of $ 176.78 on account to his/her credit at (name of institution) Federal Prison Camp, Duluth, Mn. I further certify that the applicant has the following securities to his/her credit: ∅

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ 93.30, and the average monthly balance in the prisoner's account was $ 161.75.

2-3-05 — DATE

A. Nartnik — SIGNATURE OF AUTHORIZED OFFICER

REC'D ACCOUNTING
FEB 3 2005
FPC, DULUTH, MN