# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**Gary Duane Schultz**
#10535-041
Federal Prison Camp
PO Box 1000
Duluth, MN 55814

THOMAS B. HEFFELFINGER
United States Attorney

s/ Michael Cheever - NLC

BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney