RECEIVED
BY MAIL
APR 26 2005
CLERK, US DIST. COURT
ST. PAUL, MN

APRIL 19, 2005

U.S. DISTRICT COURT
OFFICE OF THE CLERK
ROOM 700 FEDERAL BLDG.
316 N. ROBERT STREET
ST. PAUL, MN 55101-1460

RE: UNITED STATES V. GARY DUANE SCHULTZ
CRIMINAL NO. 02-187 (DSD/SRN)
CIVIL NO. 05-348 (DSD)

I AM IN RECEIPT OF A NOTIFICATION OF THE FILING OF MY MOTION TO CORRECT MY SENTENCE (SEE ATTACHED COPY). IT STATES THAT THE PLAINTIFF HAS UNTIL APRIL 8, 2005 TO RESPOND. TO DATE I HAVE RECEIVED NO RESPONSE. I HAVE VERY LIMITED KNOWLEDGE OF THE LAW AND IT'S PROCEDURES, AND CANNOT AFFORD LEGAL COUNCEL, AND BEEN DENIED SAME BY THE COURT.

I AM HEREWITH INQUIRING WHAT MY RIGHTS ARE BEING THE PLAINTIFF DID NOT RESPOND. I HAVE MORE INFORMATION TO GIVE THE COURTS BEFORE A HEARING IS HELD, BUT I DON'T KNOW THE PROCEDURE FOR FILING SAME.

PLEASE FORWARD ALL THE INFORMATION YOU CAN ON WHAT STEPS NEED TO BE TAKEN BETWEEN NOW AND THE HEARING SO I MAY FOLLOW THE CORRECT PATH.

THANK YOU FOR YOUR COOPERATION.

SINCERELY,
Gary D. Schultz

GARY DUANE SCHULTZ
10535-041
FEDERAL PRISON CAMP
P.O. BOX 1000
DULUTH, MN 55814

SCANNED
APR 26 2005
U.S. DISTRICT COURT ST. PAUL