**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

July 1, 2005

RECEIVED
JUL 05 2005
U.S. DISTRICT COURT
S.R.N.

The Honorable Susan Richard Nelson
United States Magistrate Judge
242 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Gary Duane Schultz
Criminal No. 02-187 DSD/SRN

Dear Magistrate Judge Nelson:

The Government withdraws their Motion to Compel Discovery Responses and for Sanctions filed June 27, 2003.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Mary Trippler

BY: MARY L. TRIPPLER By: [illegible]
Assistant U.S. Attorney
Attorney I.D. No. 110887

cc: Gary Duane Schultz

SCANNED
JUL 06 2005
U.S. DISTRICT COURT ST. PAUL